■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHEEM JONES, Appellant. [751 NYS2d 382] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered November 15, 2000, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Finnegan, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the hearing record does not support a finding that the seizure of bloody clothing from his person was the fruit of an arrest made without probable cause on an unrelated charge (*see People v Milaski,* 62 NY2d 147). Thus, suppression of the clothing on such ground was properly denied. Ritter, J.P., Krausman, McGinity and Luciano, JJ., concur.